```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF GEORGIA
                       ATHENS DIVISION
```

AUDREY D. PRICE,                    *

    Plaintiff                   *

vs.                                 *
                                                CASE NO. 3:09-CV-59 (CDL)

MICHAEL J. ASTRUE, Commissioner     *
of Social Security,
                                      *

    Defendant
                                      *

## O R D E R

This matter is before the Court pursuant to a Recommendation by the United States Magistrate Judge entered on October 26, 2012. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. ' 636(b)(1), and therefore, the Court reviews the Recommendation for plain error.  Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the Order of this Court.

IT IS SO ORDERED, this 20th day of November, 2012.

                                                    s/Clay D. Land
                                                    CLAY D. LAND
                                                    UNITED STATES DISTRICT JUDGE